Jeremy J. Nork (SBN 4017)
jnork@hollandhart.com
Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone:   (775) 327-3000
Facsimile:    (775) 786-6179

Attorneys for Plaintiff Bank of the West

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF THE WEST, a California banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>HARRY H. SHULL, an individual; STEVEN R. ROSENBERG, an individual;  BEST COMMUNITIES, INC., a Nevada corporation; RANDALL HOMES, INC., a Nevada corporation; and DOES I –X, inclusive.<br><br>Defendants. | Case No.  2:09-cv-1690-LDG-PAL<br><br>**DEFAULT JUDGMENT** |

Upon application by Plaintiff Bank of the West (the "Bank") and for good cause appearing, Judgment by Default is hereby entered in favor of Plaintiff Bank of the West and against Defendants Harry H. Shull, Steven R. Rosenberg, Best Communities, Inc., and Randall Homes, Inc. as follows:

   A. The principal sum of $715,000.00;

   B. Accrued interest in the amount of $209,654.50 through October 6, 2009;

   C. Miscellaneous fees, costs and expenses in the amount of $6,891.83 through October 6, 2009;

   D. Accrued prejudgment interest in the amount of $95,080.19 from October 6, 2009 through February 9, 2011;

   E. Attorneys' fees in the amount of $15,248.16 and costs in the amount of $816.48;

1

F.   Interest on the total of foregoing principal, interest, fees, and costs shall accrue at the highest lawful rate from entry of judgment until paid in full.

ENTERED this 26 day of _____Feb_____, 2011.

_____
UNITED STATED DISTRICT JUDGE